

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2015

No. 04-15-00146-CV

**IN THE INTEREST OF S.W.B.-L.ET AL,**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-PA-02179
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

On June 15, 2015, Appellant filed his third motion for extension of time to file appellant's brief requesting an additional seven days. On June 17, 2015, Appellant filed his brief. Appellant's motion for extension of time is ***granted, in part***. Appellant's brief is deemed timely filed on June 17, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2015.



_____
Keith E. Hottle
Clerk of Court